```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

**UNITED STATES OF AMERICA**

       v.                         **NO.: CR-2-04-88**
                                     **JUDGE MARBLEY**

**NURADIN M. ABDI**

### GOVERNMENT'S SENTENCING MEMORANUDM

In the Court's original order scheduling the sentencing hearing, the Court has requested the parties file a sentencing memorandum. Pursuant to the plea agreement, the parties made a binding agreement that a sentence of 10 years is appropriate in this case, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. The government stands by that agreement.

                                       Respectfully submitted,

                                       GREGORY G. LOCKHART
                                       United States Attorney

                                     s/Dana M. Peters
                                   DANA M. PETERS (0034226)
                                   Assistant United States Attorney
                                   303 Marconi Boulevard, Suite 200
                                   Columbus, Ohio  43215
                                   (614) 469-5715
                                   Fax:  (614) 469-5653
                                   Dana.Peters@usdoj.gov

                                   s/Robyn Jones Hahnert
                                   ROBYN JONES HAHNERT (0022733)
                                   Assistant United States Attorney
                                   303 Marconi Boulevard, Suite 200
                                   Columbus, Ohio  43215
                                   (614) 469-5715
                                   Robyn.Hahnert@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Government's Sentencing Memorandum was served this 14th of November, 2007, electronically on: Mahir T. Sherif and Aurora E. Bewicke, attorneys for defendant Nuradin M. Abdi.

s/Dana M. Peters
DANA M. PETERS (0034226)
Assistant United States Attorney